CLOSED

1
2
3
4
5
6    IN THE UNITED STATES DISTRICT COURT
7    SOUTHERN DISTRICT OF CALIFORNIA

8  United States of America, )
9         Plaintiff,         )    **DISMISSAL ORDER**
10  vs.                      )    **CASE: 08-15608M-SD**
11                           )
12  Jerri Ellen MCCOY        )
13         Defendant.        )
14  _____ )

15

16  All charges against the Defendant, Jerri Ellen MCCOY, are dismissed without prejudice in
17  the above-mentioned case. It is further ordered that bench trial set for
18  May 13, 2008 is vacated. Material witness is ordered released from the
    U.S. Marshal's Service custody.
19  DATED this 9th day of April 2008.

20
21
22                                          Jay R. Irwin
                                      United States Magistrate Judge
23
24
25
26  cc: USM/PTS/BOP
27
28

1
2
3
4       IN THE UNITED STATES DISTRICT COURT
5       FOR THE DISTRICT OF ~~ARIZONA~~ Southern California

| | | |
|---|---|---|
| 6 | | |
| 7 | United States of America, ) | |
| 8 | Plaintiff, ) | MOTION TO DIMISS WITHOUT PREJUDICE |
| 9 | vs. ) | |
| 10 | Jerri Ellen MCCOY ) | Case: 08-15608M-SD |
| 11 | Defendant. ) | |
| 12 | | |

The Government moves to dismiss all charges against the Defendant, Jerri Ellen MCCOY, in the above referenced case, without prejudice. The reason for the dismissal is prosecutorial discretion.

DATED this 9th day of April.

_____
~~Assistant United States Attorney~~
Border Patrol Prosecution Agent

cc: USM/PTS/~~BP~~ ait

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA
v.

*ORDER OF DETENTION PENDING TRIAL*

Jeri Ellen McCoy

Case Number: 08-15608M-001

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts are established: *(Check one or both, as applicable.)*

☐ by clear and convincing evidence the defendant is a danger to the community and require the detention of the defendant pending trial in this case.

☒ by a preponderance of the evidence the defendant is a serious flight risk and require the detention of the defendant pending trial in this case.

## PART I -- FINDINGS OF FACT

☐ (1) The defendant has been convicted of a (federal offense)(state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is

☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).

☐ an offense for which the maximum sentence is life imprisonment or death.

☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____ [1]

☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.

☐ (2) The offense described in finding 1 was committed while the defendant was on release pending trial for a federal, state or local offense.

☐ (3) A period of not more than five years has elapsed since the (date of conviction)(release of the defendant from imprisonment) for the offense described in finding 1.

☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an)other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings

☐ (1) There is probable cause to believe that the defendant has committed an offense

☐ for which a maximum term of imprisonment of ten years or more is prescribed in _____ [2]

☐ under 18 U.S.C. § 924(c)

☐ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings

☒ (1) There is a serious risk that the defendant will flee; no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

☐ (2) No condition or combination of conditions will reasonably assure the safety of others and the community.

☐ (3) There is a serious risk that the defendant will (obstruct or attempt to obstruct justice) (threaten, injure, or intimidate a prospective witness or juror).

☐ (4) _____

---

[1] Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 et seq.); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 et seq.); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

[2] Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 et seq.); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 et seq.); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

**PART II -- WRITTEN STATEMENT OF REASONS FOR DETENTION**
*(Check one or both, as applicable.)*

☐ (1) I find that the credible testimony and information[3] submitted at the hearing establishes by clear and convincing evidence as to danger that:

_____
_____
_____
_____
_____
_____
_____
_____
_____

☒ (2) I find that a preponderance of the evidence as to risk of flight that:

☐ The defendant has no significant contacts in the District of Arizona.

☒ The defendant has no resources in the United States from which he/she might make a bond reasonably calculated to assure his/her future appearance.

☒ The defendant has a prior criminal history.

☒ There is a record of prior failure to appear in court as ordered.

☐ The defendant attempted to evade law enforcement contact by fleeing from law enforcement.

☐ The defendant is facing a minimum mandatory of _____ incarceration and a maximum of _____ _____.

☐ The defendant does not dispute the information contained in the Pretrial Services Report, except:

_____
_____
_____

☐ In addition:

_____
_____
_____

The Court incorporates by reference the findings of the Pretrial Services Agency which were reviewed by the Court at the time of the hearing in this matter.

---

[3] "The rules concerning admissibility of evidence in criminal trials do not apply to the presentation and consideration of information at the [detention] hearing." 18 U.S.C. § 3142(f). See 18 U.S.C. § 3142(g) for the factors to be taken into account.

**PART III -- DIRECTIONS REGARDING DETENTION**

The defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**PART IV -- APPEALS AND THIRD PARTY RELEASE**

IT IS ORDERED that should an appeal of this detention order be filed with the District Court, it is counsel's responsibility to deliver a copy of the motion for review/reconsideration to Pretrial Services at least one day prior to the hearing set before the District Court.

IT IS FURTHER ORDERED that if a release to a third party is to be considered, it is counsel's responsibility to notify Pretrial Services sufficiently in advance of the hearing before the District Court to allow Pretrial Services an opportunity to interview and investigate the potential third party custodian.

DATE: April 7, 2008

JAY R. IRWIN
United States Magistrate Judge

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHO[UT]

CJA 23

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: U.S.A. vs. McCoy
FOR: 
AT: 

PERSON REPRESENTED (Show your full name): Jeri Ellen McCoy

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

08-15608M-50
District Court

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box) → ☐ Felony  ☒ Misdemeanor

8 – 1324
18 – 3  +  8 – 1325

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ 0
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ 0
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ ___ THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes  ☒ No  IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND $ ___ DESCRIBE IT

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 2
List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 4/7/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) 

UNITED STATES DISTRICT COURT  MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 4/7/08        CASE NUMBER: 08-15608M-SD-001

USA vs. Jeri Ellen McCoy

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   #: 70BK

A.U.S. Attorney _____  INTERPRETER _____
                                         LANGUAGE   English
Attorney for Defendant  Bruce Yancey (AFPD)
MATERIAL WITNESS(es): 1-Juan M. Lopez-Aranda  (Spanish Interpreter Ricardo Gonzalez)
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY
DOA 4/6/08
☒ Financial Afdvt taken        ☒ Initial Appearance           ☒ Appointment of counsel hearing held
☐ Rule 5(c)(3)                  ☒ Defendant Sworn              ☐ Financial Afdvt sealed
                                ☐ Defendant states true name to be ___. Further proceedings ORDERED
                                  in Defendant's true name.

**DETENTION HEARING:**
☐ Held ☐ Con't ☒ Submitted ☐ Reset
Set for:
Before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☒ Defendant continued detained pending trial
   ☒ Flight risk  ☐ Danger

**IDENTITY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:

☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:
☐ Probable cause found    ☐ Dismissed
☐ Held to answer before District Court

**BENCH TRIAL**
☐ Held ☐ Con't ☐ Reset

Set for:   5/13/08 at 9:00 am
Before:    Magistrate Judge Irwin

Other: Defendant enters a plea of not guilty and wishes to go to trial. Prosecution Agent Joseluis Reynoso, appearing for the Government, has no objection setting this matter for bench trial on the misdemeanor offense. Material witness is initialed and ordered temporarily detained.

                            Recorded by Courtsmart
                            BY: Angela J. Tuohy
                            Deputy Clerk

04/06

# United States District Court

Southern ~~CENTRAL~~ DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Jeri Ellen MCCOY
United States Citizen

CRIMINAL COMPLAINT

CASE NUMBER: 08-15608M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

## COUNT I (4/7 Southern)

That on or about April 6, 2008, within the ~~Central~~ Southern District of California, Defendant(s) Jeri Ellen MCCOY, knowing or in reckless disregard of the fact that certain alien(s), namely, LOPEZ-Aranda, Juan M, BANUELOS-Treto, Jose, had come to, entered, or remained in the United States in violation of law, did transport or move or attempt to transport or move said alien(s) in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii)(Felony).

## COUNT II (4/7 Southern)

That on or about April 6, 2008, within the ~~Central~~ Southern District of California, Defendant Jeri Ellen MCCOY did knowingly and willfully aid, abet, and assist the above-named persons who were in the United States in violation of law and that an offense had been committed against the United States, did receive or assist the offender(s) in order to hinder or prevent his/her/their apprehension; in violation of Title 18, United States Code, Section 3 and Title 8, United States Code, Section 1325 (Misdemeanor).

Authorized by AUSA Lynne Ingram

Continued on the attached sheet and made a part hereof.    ☒ Yes    ☐ No

Signature of Complainant
Chris Cantua
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

April, 7 2008                            at              Yuma, Arizona
Date                                                    City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                        Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT

FOR THE ~~CENTRAL~~ *Southern* DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, Plaintiff, <br> vs. <br> (1) Jeri Ellen MCCOY <br> Citizen of the United States <br><br> Defendant, | ) **AFFIDAVIT**  08-15608M-SD <br> ) <br> ) FOR DETENTION OF MATERIAL WITNESSES <br> ) <br> )   LOPEZ-Aranda, Juan M. <br> )   Citizens of Mexico <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**BEFORE**  Jay R. Irwin        325 W. 19th Street Yuma, Arizona 85364
       (U.S. Magistrate)         (Address of U. S. Magistrate)

**STATE OF ARIZONA**       )
                : ss.
**CITY AND COUNTY OF YUMA**  )

I, Chris Cantua, being duly sworn depose and state:

(1) That I have signed the complaint in the above entitled case and have investigated it and I am familiar with the facts of the case.

(2) That on or about April 6, 2008, within the ~~Central~~ *Southern* District of California, Defendant Jeri Ellen MCCOY, knowing or in reckless disregard of the fact that certain alien(s), namely, LOPEZ-Aranda, Juan M, BANUELOS-Treto, Jose, had come to, entered, or remained in the United States in violation of law, did transport or move or attempt to transport or move said alien(s) in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii)(Felony).

(3) That said aliens are illegally in the United States and that therefore it is wholly impracticable if not impossible to secure their attendance before the U.S. District Court by subpoena.

(4) That the United States Attorney for the District of Arizona, or one of his assistants acting on his behalf, has requested affiant(s) to secure an order of the Magistrate to hold said person(s) as material witness(s).

WHEREFORE affiant on behalf of the government requests the Magistrate commit him/her/them to the custody of the U.S. Marshal.

_____
Affiant

Senior Patrol Agent
Title

Subscribed and sworn to before me this 7th day of April, 2008.

_____
United States Magistrate